HERBERT E. FINE v. THE STATE OF FLORIDA

14 So. (2nd) 410                                      June Term, 1943
July 9, 1943                                            Division B

J. H. *Swink,* for appellant.

J. *Tom Watson,* Attorney General, *Woodrow M. Melvin,* Assistant Attorney General, *Robert R. Taylor,* County Solicitor, and *Glen C. Mincer,* Assistant County Solicitor, for appellee.

PER CURIAM:

This case is a companion of one of identical title decided this day. Upon authority of that opinion the judgment here is also—

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.